Jay A. Dubow
Richard J. Zack
Derek E. Hines
Christina O. Hud
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Email:  dubowj@pepperlaw.com
        zackr@pepperlaw.com
        hinesd@pepperlaw.com
        hudc@pepperlaw.com

Maxon R. Davis
DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
P.O. Box 2103
Great Falls, MT 59403-2103
Telephone: 406-761-5243
Facsimile: 406-761-4126
E-mail: max.davis@dhhtlaw.com
Attorneys for Plaintiffs

Gregory C. Black
Annie N. Harris
CORETTE BLACK CARLSON & MICKELSON
129 West Park Street, Suite 301
P.O. Box 509
Butte, Montana 59703
Telephone:  (406) 782-5800
Facsimile:  (406) 723-8919
Email:  gcblack@cpklawmt.com
        aharris@cpklawmt.com
Attorneys for Defendants

**1 - JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | | |
|---|---|---|
| THE CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION OF MONTANA, PLAIN GREEN, LLC, and FIRST AMERICAN CAPITAL RESOURCES, LLC, | * * * * * * | **Cause No. CV 14-63-BMM** |
| Plaintiffs, | * * * | **JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |
| v. | * * | |
| ZACHARY ROBERTS, RICHARD LEE BROOME, GORDON JONES, and MARTIN MAZZARA, in their individual capacities, and DESTEL LLC, FRESH START MARKETING, LLC, and ENCORE SERVICES, LLC, | * * * * * * * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Defendants and Plaintiffs jointly move the Court to enter the parties' proposed Stipulated Protective Order, attached as Exhibit A, as an Order of the Court, to protect against the disclosure and dissemination of confidential information. In support of the motion, the parties state as follows:

The parties agree that a protective order is necessary to protect confidential information in this case in the form of Exhibit A.

**2 - JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Good cause exists for the issuance of the attached proposed Protective Order for the reasons stated in the Protective Order.

WHEREFORE, the parties respectfully request that this Court enter the Protective Order as an Order of the Court.

DATED this 20th day of July, 2015.

                By /s/ Gregory C. Black
                    CORETTE BLACK CARLSON
                        & MICKELSON
                    Attorneys for Defendants


                By /s/ Derek E. Hines
                    PEPPER HAMILTON
                  Attorneys for Plaintiffs