| | |
|---|---|
| Mark F. Higgins | Jeff Iffrah, *pro hac vice* |
| Jordan Y. Crosby | Rachel Hirsch, *pro hac vice* |
| Jim R. Zadick | David S. Yellin, *pro hac vice* |
| UGRIN, ALEXANDER, ZADICK | IFRAH PLLC |
| & HIGGINS, P.C. | 1717 Pennsylvania Avenue NW |
| #2 Railroad Square, Suite B | Suite 650 |
| P.O. Box 1746 | Washington, DC 20006 |
| Great Falls, MT 59403 | Telephone: (202) 524-4140 |
| Telephone: (406) 771-0007 | Facsimile: (202) 524-4141 |
| Facsimile:  (406) 452-9360 | jeff@ifrahlaw.com |
| mfh@uazh.com | rhirsch@ifrahlaw.com |
| jyc@uazh.com | dyellin@ifrahlaw.com |
| jrz@uazh.com | |

Attorneys for Zachary Roberts, Richard Lee Broome, Gordon Jones and Martin Mazzara

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | | |
|---|---|---|
| THE CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, MONTANA, PLAIN GREEN, LLC, and FIRST AMERICAN CAPTIAL RESOURCES, LLC, | ) ) ) ) ) | CAUSE NO. CV 14-63-BMM |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | **NOTICE OF FILING EXHIBITS** |
| ZACHARY ROBERTS, RICHARD LEE BROOME, GORDON JONES, and MARTIN MAZZARA, in their individual capacities, and DESTEL, LLC, FRESH START MARKETING, LLC, AND ENCORE SERVICES, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Notice is hereby given that additional exhibits are being filed for attachment

to the Statement of Undisputed Facts on behalf of Defendants Zachary Roberts,

Richard Lee Broome, Gordon Jones, and Martin Mazzara.

DATED this 5th day of February, 2016.

        By: /s/ Jordan Y. Crosby
           Jordan Y. Crosby
           UGRIN, ALEXANDER, ZADICK & HIGGINS, P.C.

           A. Jeff Ifrah, *pro hac vice*
           Rachel Hirsch, *pro hac vice*
           David S. Yellin, *pro hac vice*
           IFRAH PLLC
           *Attorneys for Defendants Roberts, Broome, Jones, and Mazzara*