| | |
|---|---|
| Maxon R. Davis | Jay A. Dubow |
| Davis, Hatley, Haffeman, & Tighe, PC | Richard J. Zack |
| 101 River Drive North | Christina O. Hud |
| Milwaukee Station, 3rd Floor | Pepper Hamilton LLP |
| Great Falls, MT 59401 | 3000 Two Logan Square |
| 406-761-5243 | Eighteenth and Arch Streets |
| Max.davis@dhhtlaw.com | Philadelphia, PA 19103-2799 |
| | Telephone: 215-981-4713 |
| | Fax: 215-981-4750 |
| | dubowj@pepperlaw.com |
| | zackr@pepperlaw.com |
| | hudc@pepperlaw.com |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| THE CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION OF MONTANA, PLAIN GREEN, LLC, and FIRST AMERICAN CAPITAL RESOURCES, LLC, <br><br> Plaintiffs, <br><br> -vs- <br><br> ZACHARY ROBERTS, RICHARD LEE BROOME, GORDON JONES, and MARTIN MAZZARA, in their individual capacities, and DESTEL LLC, FRESH START MARKETING, LLC, and ENCORE SERVICES, LLC, <br><br> Defendants. | Cause No. CV-14-63-GF-BMM <br><br><br> **UNOPPOSED MOTION TO VACATE FINAL PRETRIAL CONFERENCE AND EXTEND DEADLINE FOR SUBMISSION OF STIPULATION OF DISMISSAL** |

Come now the Plaintiffs, by and through their respective attorneys of record, and hereby move this Court to vacate the final pretrial conference set for March 25, 2016 and to extend the deadline for the filing of the stipulation of dismissal, currently set for March 24, 2016, until March 28, 2016 at 5PM. The Court is advised that all parties have agreed to this motion.

The parties have agreed upon the final settlement terms and are in the process of exchanging executed copies of the agreement and executing the deed of trust serving as security for the defendants' promises of payment. The additional time granted by the Court will enable the parties to fully execute and formalize their settlement, and to prepare and file the joint stipulation of dismissal.

The parties whose signature lines appear in this document have consented to its filing.

DATED this 24th day of March, 2016.

        Pepper Hamilton LLP
        Davis, Hatley, Haffeman, & Tighe, PC

        /s/ *Maxon Davis*
        Attorneys for Plaintiffs