# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| THE CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION OF MONTANA, PLAIN GREEN, LLC, and FIRST AMERICAN CAPITAL RESOURCES, LLC, | CV 14-63-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| ZACKARY ROBERTS, RICHARD LEE BROOME, GORDON JONES and MARTIN MAZZARA, in their individual capacities, and DESTEL LLC, FRESH START MARKETING, LLC, and ENCORE SERVICES, LLC | |
| Defendants. | |

Pursuant to the Stipulation For Dismissal With Prejudice, and consistent with the terms of the parties' General Release and Settlement Agreement, executed on March 24, 2016, (Doc. 188) and good cause appearing therefor,

1

IT IS HEREBY ORDERED that the above-entitled action and any and all claims of the Plaintiffs against the Defendants are hereby dismissed with prejudice and that each party shall bear its own costs of the action.

IT IS FURTHER ORDERED that the Court shall retain all necessary jurisdiction up to and through Monday, September 25, 2017, to enforce the terms of the parties' General Release and Settlement Agreement, executed on March 24, 2016, and to resolve any disputes relating to the aforementioned General Release and Settlement Agreement.

IT IS ALSO ORDERED that all deadlines and hearings in this case are terminated.

DATED this 29th day of March, 2016.

_____
Brian Morris
United States District Court Judge